842 P.2d 1327

**DEVENIR ASSOCIATES, an Arizona general partnership; Devenir II, an Arizona general partnership, Devenir III, an Arizona general partnership; Devenir IV, an Arizona general partnership, Devenir V, an Arizona general partnership, Plaintiffs–Appellants,**

v.

**CITY OF PHOENIX, a municipal corporation, Defendant–Appellee.**

**No. 1 CA–TX 90–0030.**

Court of Appeals of Arizona,
Division 1, Department T.

June 18, 1992.

Review Denied Jan. 12, 1993.

OPINION

 The court, Presiding Judge Ruth V. McGregor and Judges Susan A. Ehrlich and Jefferson L. Lankford, has reviewed the record and the briefs in this appeal.[1] For the reasons ably and concisely expressed in the tax court's opinion in *Devenir Associates v. City of Phoenix,* 164 Ariz. 530, 794 P.2d 605 (Tax 1990), we affirm the tax court's judgment in favor of the City of Phoenix.

The tax court's opinion is approved and adopted as the opinion of this court.

Beus, Gilbert & Morrill by K. Layne Morrill, Roberta E. Berger, M. Scott McCoy, Phoenix, for plaintiffs-appellants.

Roderick G. McDougall, City Atty. by Sandra K. McGee, Asst. City Atty., Phoenix, for defendant-appellee.

---

1. This court earlier had dismissed the Devenir partnerships' appeal on the basis of a lack of jurisdiction. The supreme court reversed the order and reinstated the appeal. *Devenir Associates v. City of Phoenix,* 169 Ariz. 500, 821 P.2d 161 (1991).